UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORDY LOPEZ ZAMORA,

                    Petitioner,

              v.

JUDITH ALMOVAR, in her official capacity as Acting
Field Office Director, New York Field Office, U.S.
Immigration & Customs Enforcement; KRISTI NOEM, in
her official capacity as Secretary, U.S. Department of
Homeland Security; PAMELA BONDI, in her official
capacity as Attorney General, U.S. Department of Justice;
PAUL ARTETA, in his official capacity as Sheriff and
Warden of the ICE facility at Orange County Jail;

                    Respondents.

No. 25-CV-8643

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 20, 2025, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is hereby ordered that:

1. Respondents shall file an opposition by October 23, 2025 as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by October 24, 2025.

3. This matter shall be heard by the Court on October 27, 2025, at 11:00 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

4. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.

5.  Service of this order shall be effectuated by Petitioner on the United States Attorney for the Southern District of New York by electronic mail by 5:00 pm on October 21, 2025, and shall constitute good and effective service.

SO ORDERED.

Dated:      October 21, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge