UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDY LOPEZ ZAMORA,

                    Petitioner,

                    v.

JUDITH ALMODOVAR, in her official capacity as
Secretary, U.S. Department of Homeland Security;
PAMELA BONDI, in her official capacity as Attorney
General, U.S. Department of Justice; and PAUL ARTETA,
in his official capacity as Sheriff and Warden of ICE
Facility at Orange County Jail,

                    Respondents.

25-CV-8643

ORDER

RONNIE ABRAMS, United States District Judge:

Mr. Lopez Zamora ("Petitioner"), a noncitizen who is originally from Ecuador and currently in the custody of Immigration and Customs Enforcement ("ICE"), filed a petition for a writ of habeas corpus on October 20, 2025, requesting that the Court order a second bond hearing. *See* Dkt. No. 1. The Court held oral argument on November 18, 2025.

In light of the fact that Petitioner has now been detained since February 13, 2025, Dkt. No. 11 ("ICE Decl.") ¶ 8, no later than May 1, 2026, Respondents shall advise the Court as to whether they consent to providing Petitioner a second bond hearing at this time.

SO ORDERED.

Dated:      April 21, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge