UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDY LOPEZ ZAMORA,

Petitioner,

v.

JUDITH ALMODOVAR, in her official capacity as Secretary, U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice; and PAUL ARTETA, in his official capacity as Sheriff and Warden of ICE Facility at Orange County Jail,

Respondents.

25-CV-8643 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Petitioner's motion to enforce the Court's order granting his Petition in part. Dkt. 30. Respondents shall respond to the motion no later than November 5, 2026. To the extent that Petitioner seeks to reply to such response, he shall do so no later than November 12, 2026.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Ronnie Abrams
United States District Judge